

# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY
## NEWARK DIVISION

| | |
|---|---|
| PATCH OF LAND LENDING, LLC, a Delaware limited liability company, successor by its assignment from PATCH OF LAND, INC.<br><br>      Plaintiff<br><br>vs.<br><br>GOLDEN EYE INVESTMENTS, LLC, a New Jersey limited liability company, TRUSTEE, of 421-423 LESLIE TRUST; GOLDEN EYE INVESTMENTS, LLC, a New Jersey limited liability company; ELVIN AMES, aka ELVIN C. AMES, JR., aka ELVIN AIMES, JR., aka ELVIN AIMES, aka ALVIN C. AMES, aka ALVIN C. AMES, JR., aka ELVIN C. AMES; CITY OF NEWARK, NEW JERSEY, a municipal corporation; UNKNOWN OWNERS; NON-RECORD LIEN CLAIMANTS; "JOHN DOE", "JANE DOE" and "DOE CORP." of 421 LESLIE STREET, NEWARK, NEW JERSEY 07112; and "JOHN DOE", "JANE DOE" and "DOE CORP." of 423 LESLIE STREET, NEWARK, NEW JERSEY 07112; and<br><br>      Defendants | CIVIL CASE NO.:<br>2:16-CV-09546-ES-MAH<br><br><br>THE HONORABLE<br>UNITED STATES DISTRICT JUDGE<br>ESTHER SALAS<br><br><br>THE HONORABLE<br>UNITED STATES MAGISTRATE JUDGE<br>MICHAEL A. HAMMER |

## ORDER OF DISMISSAL

**421-423 Leslie Street, Newark, New Jersey 07112**
**(Essex County / Block 3722 / Lot 36)**

AND NOW, this _8th_ day of August, 2017, upon consideration of the Notice of Settlement filed by the Plaintiff, Patch of Land Lending, LLC, a Delaware limited liability company, successor by its assignment from Patch of Land, Inc., and Defendants, Golden Eye

Investments, LLC, a New Jersey limited liability company, Trustee, of 421-423 Leslie Trust ("421-423 Leslie Trust"), Golden Eye Investments, LLC, a New Jersey limited liability company ("Golden Eye Investments"), and Elvin Ames, aka Elvin C. Ames, Jr., aka Elvin Aimes, Jr., aka Elvin Aimes, aka Alvin C. Ames, aka Alvin C. Ames, Jr., aka Elvin C. Ames ("Ames"), on July 19, 2017 and docketed as Document 28, it is hereby:

ORDERED that the Clerk of Court's Certificate of Default as to Defendant, 421-423 Leslie Trust, Pursuant to Fed. R. Civ. P. 55(a), which was entered on February 17, 2017 and docketed as Document 16, shall be and is hereby vacated pursuant to Rule 60(b)(6) of the Federal Rules of Civil Procedure; and it is further

ORDERED that the Clerk of Court's Certificate of Default as to Defendant, City of Newark, New Jersey, Pursuant to Fed. R. Civ. P. 55(a), which was entered on February 17, 2017 and docketed as Document 17, shall be and is hereby vacated pursuant to Rule 60(b)(6) of the Federal Rules of Civil Procedure; and it is further

ORDERED that Plaintiff's Motion for Judgment by Default Against Defendant, 421-423 Leslie Trust, Pursuant to Fed. R. Civ. P. 55(b), which was filed on May 22, 2017 and docketed as Document 25, shall be and is hereby withdrawn; and it is further

ORDERED that Plaintiff's Complaint filed on December 28, 2016 and docketed as Document 1 shall be dismissed, without prejudice, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure; and it is further

ORDERED that the Counterclaim of Defendants, Golden Eye Investments and Ames, filed on January 31, 2017 and docketed as Document 5 shall be dismissed, without prejudice, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure; and it is further

ORDERED that the Clerk of Court shall close this case for statistical purposes.

BY THE COURT:

_____
THE HONORABLE ESTHER SALAS
UNITED STATES DISTRICT JUDGE